RECEIVED

AUG 2 9 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TERRI HUNTER | CASE NO. 18-CV-911 |
| vs. | JUDGE DRELL |
| DEPT. OF VETERANS AFFAIRS VETERANS CANTEEN SERVICES | MAG. JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after de novo review of the record, noting the absence of objections filed by Petitioner, and having determined that the findings are correct under applicable law; it is hereby

ORDERED that the motion to dismiss filed by the United States on behalf of the defendant (Doc. 5) is GRANTED and, accordingly, plaintiff's claims in this matter are DISMISSED without prejudice.

THUS DONE AND SIGNED this 28 day of August, 2019 at Alexandria, Louisiana.


DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT